# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2025-2517
_____

RYAN K. ROTHAMEL,

    Appellant,

    v.

GULF HIGHLANDS BEACH
RESORT HOMEOWNERS'
ASSOCIATION, INC., a Florida
corporation not-for-profit,
UNKNOWN SPOUSE, and
QUENJARIS S. SULLIVAN,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
William S. Henry, Judge.

December 19, 2025

PER CURIAM.

    DISMISSED.

BILBREY, KELSEY, and LONG, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Ryan K. Rothamel, pro se, Appellant.

No appearance for Appellees.